**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KINGSTON OSBORNE and DAVID SMITH, *individually and as representatives of class of plaintiffs described herein*,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:24-00439-JB-N** |
| **OUTOKUMPU STAINLESS USA, LLC,** | ) | |
| **Defendant.** | ) | |

**ORDER**

In accordance with the Court's April 14, 2026 order (Doc# 108), this civil action came before the undersigned on the record on June 11, 2026, for a scheduling conference, at which the Plaintiffs' "Motion to Compel Responses to First and Second Sets of Discovery" filed June 1, 2026 (Doc# 126), was also addressed.[1] Based on discussions with counsel for the parties at said conference, the following is **ORDERED**:

1. At the conference, the Defendant agreed to supplement its responses to certain discovery requests that are the subject of the June 1, 2026 motion to compel (Doc# 126). The Defendant shall serve those supplemental responses on the Plaintiffs no later than **JULY 10, 2026**, unless the Plaintiffs agree to

---

[1] The assigned District Judge has referred said motion to the undersigned Magistrate Judge for appropriate action under 28 U.S.C. § 636(a)-(b), Federal Rule of Civil Procedure 72, and S.D. Ala. GenLR 72(a). *See* S.D. Ala. GenLR 72(b); (6/2/2026 electronic reference notation).

a later date (subject to any deadline for discovery completion).

2. As to the remaining contested portions of the June 1, 2026 motion to compel (Doc# 126), the Defendant shall file its brief in response, if any, no later than **JUNE 19, 2026**. The Plaintiffs shall file their brief in reply to the response, if any, no later than **JUNE 23, 2026**. See S.D. Ala. GenLR 5(a) and CivLR 7 for briefing technical requirements. Except as permitted by the Court's Local Rules, *e.g.*, S.D. Ala. CivLR 7(f)(3), no other briefing or submissions addressing the subject motion may be filed without leave of the Court for good cause shown.

3. The scheduling conference shall reconvene before the undersigned on **JUNE 24, 2026**, beginning at **2:00 P.M. (Central)**, in **Courtroom 5B** of the United States District Courthouse at 155 St. Joseph Street, Mobile, Alabama 36602. The contested portions of the Plaintiffs' June 1, 2026 motion to compel (Doc# 126) shall also be heard at this conference.

**DONE** and **ORDERED** this the **12th** day of **June 2026**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**