**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KINGSTON OSBORNE and DAVID SMITH, individually and as representatives of class of plaintiffs described herein,** | ) | |
| Plaintiffs, | ) | **CASE NO.: 1:24-cv-00439-JB-N** |
| v. | ) | |
| **OUTOKUMPU STAINLESS USA, LLC,** | ) | |
| Defendant. | ) | |

**<u>NOTICE OF SERVICE</u>**

Defendant Outokumpu Stainless USA, LLC ("OTK") gives notice, in accordance with Civil Local Rule 5.1(b), that it served on Plaintiffs' counsel of record via e-mail, on the 22nd day of August, 2026, a copy of Defendant's Answers to Plaintiffs' July 22, 2026 "Interrogatory."

Respectfully submitted this 24th day of August 2026.

*/s/ Devin C. Dolive*
Devin C. Dolive (DOLID4671)
H. William Wasden (WASDH4276)
Cheri Turnage Gatlin (GATC5673)
Natalie A. Cosmich (admitted *pro hac vice*)

Attorneys for Defendant
Outokumpu Stainless USA, LLC



72490814 v1

**OF COUNSEL:**

BURR & FORMAN LLP
H. William Wasden
11 North Water St., Suite 22200
Mobile, Alabama 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
bwasden@burr.com

BURR & FORMAN LLP
Devin C. Dolive
420 North 20th St., Suite 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100
ddolive@burr.com

BURR & FORMAN LLP
Cheri Turnage Gatlin
Natalie A. Cosmich
190 East Capitol Street, Suite M-100
Jackson, Mississippi 39211
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cgatlin@burr.com
ncosmich@burr.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on August 24, 2026, electronically filed the foregoing document using the Court's CM/ECF system, which will send electronic notice to the following:

Brian Michael Clark
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
301 19th Street North
Birmingham, AL 35203
Email: bclark@wigginschilds.com

Ian D. Rosenthal, Esq.
Davis, Davis & Associates
P.O. Box 2925
Daphne, AL 36526
ian@ddalawfirm.com

*/s/ Devin C. Dolive*
OF COUNSEL